| | |
|---|---|
| 1 | Beth E. Terrell, WSBA #26759 |
|   | Erika L. Nusser, WSBA #40854 |
| 2 | Attorneys for Plaintiffs |
|   | TERRELL MARSHALL DAUDT & WILLIE PLLC |
| 3 | 936 North 34th Street, Suite 300 |
|   | Seattle, Washington 98103-8869 |
| 4 | Telephone: (206) 816-6603 |
|   | Facsimile: (206) 350-3528 |
| 5 | Email: bterrell@tmdwlaw.com |
|   | Email: enusser@tmdwlaw.com |
| 6 | |
|   | [Additional Counsel Appear on Signature Page] |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| 9 | WODENA CAVNAR, ROSALINE TERRILL AND LINDA PARKS, on their own behalf and on the behalf of all others similarly situated, | NO. 2:14-cv-00235-RMP |
| 11 | Plaintiffs, | **JOINT STATUS CERTIFICATE AND DISCOVERY PLAN** |
| 12 | v. | |
| 13 | BOUNCEBACK, INC., a Missouri Corporation, STONE FENCE HOLDINGS, INC., GALE KRIEG, and DOES 1 through 20, | |
| 15 | Defendants. | |

Plaintiffs and Defendants, in compliance with Fed. R. Civ. P. 26(f), inform the Court as follows:

JOINT STATUS CERTIFICATE AND
DISCOVERY PLAN - 1
CASE NO. 2:14-CV-00235

1. <u>Fed. R. Civ. P. 26(a)(1) Initial Disclosure Deadline</u>. The initial Fed. R. Civ. P. 26(f) conference between the parties to this joint status report took place on August 21, 2014.

2. <u>Subject Matter</u>. Plaintiffs intend to conduct discovery regarding the allegations in Plaintiffs' complaint; Defendants' affirmative defenses; and testimony of any expert witnesses identified by Defendants. Plaintiffs also intend to pursue third party discovery.

Defendants intend to conduct discovery regarding the allegations of the representative Plaintiffs, any other witnesses disclosed by Plaintiffs, initial and follow up document discovery and testimony of any expert witnesses identified by Plaintiffs.

**DISCOVERY PLAN**

1. <u>Electronically Stored Information ("ESI")</u>. The parties will work to ensure that discovery is managed efficiently, have discussed, and are continuing to discuss, the electronic systems used by each party and the form of production that will be used, including the production of native files when appropriate.

2. <u>Privilege and Protection Issues</u>. The parties agree that any information or documents withheld as privileged will be logged on a privilege log. The parties are discussing an appropriate protective order to handle the treatment of confidential information.

JOINT STATUS CERTIFICATE AND
DISCOVERY PLAN - 2
CASE NO. 2:14-CV-00235

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

3. <u>Changes to Limitations on Discovery</u>. The parties agree that additional discovery will be necessary in this case given the number of third-parties in Washington with whom Defendants contract. The parties therefore stipulate that Plaintiffs and Defendants may serve on any other party no more than 50 written interrogatories, including all discrete subparts. The parties also stipulate that Plaintiffs and Defendants may each take 20 depositions.

4. Plaintiffs served their initial disclosures on Defendants on September 26, 2014. Plaintiffs have not yet received Defendants' initial disclosures.

5. Plaintiffs served Defendants with written discovery on September 5, 2014. Defendants' responses are due on October 6, 2014.

6. Plaintiffs have served third-party subpoenas on merchants to whom Plaintiffs and putative class members allegedly wrote checks and to collection agencies who attempted to collect on those checks. Plaintiffs will serve third-party subpoenas on county prosecutors who participate in Defendants' check collection program.

7. The parties propose the following case schedule:[1]

---

[1] The interim deadlines were generated on the Court's website. Some of them fall on Saturdays.

JOINT STATUS CERTIFICATE AND
DISCOVERY PLAN - 3
CASE NO. 2:14-cv-00235

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

| Event | Date |
|---|---|
| Plaintiffs' Expert Disclosures | October 30, 2015 |
| Defendant's Expert Disclosures | November 28, 2015 |
| Rebuttal Disclosures | December 19, 2015 |
| Discovery Cut Off | January 16, 2016 |
| Dispositive Motions Deadline | February 6, 2016 |
| Settlement Certificate Due | March 5, 2016 |
| Settlement Status Conference | March 12, 2016 |
| Witnesses, Exhibits, Deposition Designations | May 6, 2016 |
| Objections to Witnesses, Exhibits, etc. | May 13, 2016 |
| Response to Witness, Exhibit Objections | May 20, 2016 |
| Cross Designation | May 13, 2016 |
| Objections to Designation | May 20, 2016 |
| Motions in limine | May 21, 2016 |
| Response to Motions in limine | May 28, 2016 |
| Replies to Motions in limine | June 4, 2016 |
| Pretrial Order | June 10, 2016 |
| Trial Briefs & Voir Dire | June 10, 2016 |
| Instructions (agreed to & disputed) and Memorandum in Objection to Disputed Instructions | June 10, 2016 |
| Pretrial Conference | June 22, 2016 |
| Trial | July 5, 2016 |

JOINT STATUS CERTIFICATE AND
DISCOVERY PLAN - 4
CASE NO. 2:14-CV-00235

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

8. <u>Other Orders</u>. The parties are discussing an appropriate protective order to handle the treatment of confidential information.

9. The parties have also agreed as follows:

    a. <u>Service of Process on parties not yet served</u>. Plaintiffs have served all Defendants.

    b. <u>Jurisdiction and Venue</u>. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as the matter involves allegations that Defendants have violated federal law. The Court also has supplemental jurisdiction over Plaintiffs' Washington State law claims pursuant to 28 U.S.C. § 1367(a) because the state law claims asserted in this action are so related to the federal claims that they form part of the same case or controversy under Article III of the U.S. Constitution. This Court has personal jurisdiction over Defendants because Defendants conduct business in this District and a substantial part of the events giving rise to the claims occurred in this District.

Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in this District.

Defendants may challenge assertion of jurisdiction based on federal statute law, and otherwise do not waive any right to challenge jurisdiction.

JOINT STATUS CERTIFICATE AND
DISCOVERY PLAN - 5
CASE NO. 2:14-CV-00235

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1       c.    <u>Anticipated Motions</u>.

2   (1)    Defendants may move the Court relative to their affirmative defense re joinder under FRCP 19.

  (2)    Defendants anticipate filing a dispositive motion within 90 days following submission of this report. A briefing schedule will be requested at that time.

  (3)    The parties propose the following briefing schedule for Plaintiffs' motion for class certification:

- Plaintiffs' Opening Brief: June 29, 2015
- Defendants' Response: August 3, 2015
- Plaintiffs' Reply: August 17, 2015

The parties agree that discovery will not be bifurcated.

Defendants anticipate bringing a motion for summary judgment. In that regard, Defendants respectfully request that hearing on any filed dispositive motions not occur in the schedule prior to January 1, 2015. In that regard, any discovery preceding such motion is likely to be interrupted by the holiday season from Thanksgiving through the end of 2014.

Plaintiffs do not agree that discovery should be stayed or otherwise affected by Defendants' plan to file a motion for summary judgment.

JOINT STATUS CERTIFICATE AND
DISCOVERY PLAN - 6
CASE NO. 2:14-CV-00235

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

      d.      <u>Trial</u>.

              i.      Length: Twenty-one (21) court days.

              ii.      Jury trial requested (ECF No. 1).

      e.      <u>Special Procedures</u>. The parties are not aware of any need for consolidation, reference to a special master or magistrate, arbitration or to the Judicial Panel on Multi-district Litigation.

      f.      <u>Modification of Pretrial Procedures</u>. The parties are not aware of any need to modify the standard pretrial procedures.

      g.      <u>Bifurcation</u>. The parties are not aware of any need for a bifurcated trial.

      h.      <u>Magistrate</u>. The parties do not agree to proceed before a Magistrate Judge.

      i.      <u>Likelihood of Settlement and the Point at Which the Parties Can Conduct Meaningful Dispute Resolution</u>. The parties agree that mediation may be appropriate at around the time of the discovery cut-off.

      j.      <u>Other Matters/Suggestions for Just, Efficient, and Economical Determination of the Action</u>.

              i.      <u>Joint Submission and/or Letter Briefing for Discovery Motions</u>. The parties agree and propose to use an expedited procedure for consideration of discovery motions as set forth in Local Civil Rule 37.1.

JOINT STATUS CERTIFICATE AND
DISCOVERY PLAN - 7
CASE NO. 2:14-CV-00235

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

1            ii.   Electronic Service. The parties agree that, for purposes
2   of service and computation of response deadlines under the Local Rules, filing by
3   ECF will constitute service by hand on the date ECF automated notification is
4   sent. The parties agree that electronic service of all other documents, including
5   discovery requests and responses, shall also constitute sufficient service.

6   RESPECTFULLY SUBMITTED AND DATED this 6th day of October, 2014.

7   TERRELL MARSHALL DAUDT &    PAINE HAMBLEN LLP
    WILLIE   PLLC
8

9   By:  /s/ Beth E. Terrell, WSBA #26759    By: /s/ Scott C. Cifrese, WSBA #25778
        Beth E. Terrell, WSBA #26759             Scott C. Cifrese, WSBA #25778
10      Erika L. Nusser, WSBA #40854             David L. Broom, WSBA #2096
        Attorneys for Plaintiffs                 Attorneys for Defendants
11      936 North 34th Street, Suite 300         717 W. Sprague Ave., Suite 1200
        Seattle, Washington 98103-8869           Spokane, Washington 99201
12      Telephone: (206) 816-6603                Telephone: (509) 455-6000
        Facsimile: (206) 350-3528                Facsimile: (509) 838-0007
13      Email: bterrell@tmdwlaw.com              Email:
        Email: enusser@tmdwlaw.com               scott.cifrese@painehamblen.com
14                                               Email:
                                                 dave.broom@painehamblen.com
15      Deepak Gupta
        GUPTA BECK PLLC
        Attorneys for Plaintiffs
16      1735 20th Street, NW
        Washington, DC 20009
17      Telephone: (202) 888-1741
        Email: deepak@guptabeck.com
18

19

20

JOINT STATUS CERTIFICATE AND
DISCOVERY PLAN - 8
CASE NO. 2:14-CV-00235

| | |
|---|---|
| 1 | Nicholas Power, WSBA #45974 |
| | Attorneys for Plaintiffs |
| 2 | 540 Guard Street, Suite 150 |
| | Friday Harbor, Washington 98250 |
| 3 | Telephone: (360) 298-0464 |
| | Email: nickedpower@gmail.com |

JOINT STATUS CERTIFICATE AND
DISCOVERY PLAN - 9

CASE NO. 2:14-CV-00235

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

<u>CERTIFICATE OF SERVICE</u>

I, Beth E. Terrell, hereby certify that on October 6, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Scott C. Cifrese, WSBA #25778
>David L. Broom, WSBA #2096
>Attorneys for Defendants
>717 W. Sprague Ave., Suite 1200
>Spokane, Washington 99201
>Telephone: (509) 455-6000
>Facsimile: (509) 838-0007
>Email: scott.cifrese@painehamblen.com
>Email: dave.broom@painehamblen.com

DATED this 6th day of October, 2014.

>TERRELL MARSHALL DAUDT
>& WILLIE PLLC
>
>By: /s/ Beth E. Terrell, WSBA #26759
>Beth E. Terrell, WSBA #26759
>Attorneys for Plaintiffs
>936 North 34th Street, Suite 300
>Seattle, Washington 98103-8869
>Telephone: (206) 816-6603
>Facsimile: (206) 350-3528
>Email: bterrell@tmdwlaw.com

JOINT STATUS CERTIFICATE AND
DISCOVERY PLAN - 10
CASE NO. 2:14-CV-00235

TERRELL MARSHALL DAUDT & WILLIE PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com