Beth E. Terrell, WSBA #26759
Erika L. Nusser, WSBA #40854
Blythe H. Chandler, WSBA #43387
Attorneys for Plaintiffs
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com
Email: enusser@terrellmarshall.com
Email: bchandler@terrellmarshall.com

[Additional Counsel Appear on Signature Page]

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

WODENA CAVNAR, ROSALINE TERRILL, LINDA PARKS, DAVID SCOTT, ANGELINA FREITAS, REBECCA LYON and MARESA KENDRICK, on their own behalf and on the behalf of all others similarly situated,

Plaintiffs,

v.

BOUNCEBACK, INC., a Missouri Corporation, CHECK CONNECTION, INC., a Kansas corporation, STONE FENCE HOLDINGS, INC., a Missouri corporation, and GALE KRIEG,

Defendants.

NO. 2:14-cv-00235-RMP

**STIPULATION OF DISMISSAL WITH PREJUDICE**

STIPULATION OF DISMISSAL WITH PREJUDICE - 1
CASE NO. 2:14-CV-00235-RMP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

The parties to this action stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(ii) and the Court's Order Granting Final Settlement Approval (ECF. No. 153), that Plaintiffs claims against all Defendants are dismissed with prejudice; provided, however, that the Court retains jurisdiction over any disputes that may arise in connection with the parties' Settlement Agreement or actions taken pursuant to the Settlement Agreement.

RESPECTFULLY SUBMITTED AND DATED this 27th day of October, 2016.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Erika L. Nusser, WSBA #40854
Blythe H. Chandler, WSBA #43387
Attorneys for Plaintiffs
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com
Email: enusser@terrellmarshall.com
Email: bchandler@terrellmarshal.com

PAINE HAMBLEN LLP

By: /s/ Gregg R. Smith, WSBA #15553
Scott C. Cifrese, WSBA #25778
David L. Broom, WSBA #2096
Gregg R. Smith, WSBA #15553
Attorneys for Defendants
717 West Sprague Avenue
Suite 1200
Spokane, Washington 99201
Telephone: (509) 455-6000
Facsimile: (509) 838-0007
Email: scott.cifrese@painehamblen.com
Email: dave.broom@painehamblen.com
Email: gregg.smith@painehamblen.com

Deepak Gupta, *Admitted Pro Hac Vice*
Attorneys for Plaintiff
GUPTA WESSLER PLLC
1735 20th Street, NW
Washington, DC 20009
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
Email: deepak@guptawessler.com

Paul Arons, WSBA #47599
Attorneys for Plaintiffs
LAW OFFICE OF PAUL ARONS
685 Spring Street, Suite 104
Friday Harbor, Washington 98250
Telephone: (360) 378-6496
Facsimile: (360) 387-6498
Email: lopa@rockisland.com

Kirk D. Miller, WSBA #40025
Attorneys for Plaintiffs
KIRK D. MILLER, P.S.
421 W. Riverside Ave., Suite 704
Spokane, Washington 99201
Telephone: (509) 413-1494
Facsimile: (509) 413-1724
Email:
kmiller@millerlawspokane.com

STIPULATION OF DISMISSAL WITH PREJUDICE - 3
CASE NO. 2:14-CV-00235-RMP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Michael F. Ram
Karl Olson
Susan S. Brown
RAM, OLSON, CEREGHINO
& KOPCZYNSKI
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Email: mram@rocklawcal.com
Email: kolson@rocklawcal.com
Email: sbrown@rocklawcal.com

STIPULATION OF DISMISSAL WITH PREJUDICE - 4
CASE NO. 2:14-CV-00235-RMP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on October 27, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott C. Cifrese, WSBA #25778
David L. Broom, WSBA #2096
Gregg R. Smith, WSBA #15553
Attorneys for Defendants
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201
Telephone: (509) 455-6000
Facsimile: (509) 838-0007
Email: scott.cifrese@painehamblen.com
Email: dave.broom@painehamblen.com
Email: gregg.smith@painehamblen.com

DATED this 27th day of October, 2016.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Attorneys for Plaintiffs
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
Email: bterrell@terrellmarshall.com

STIPULATION OF DISMISSAL WITH PREJUDICE - 5
CASE NO. 2:14-CV-00235-RMP

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com