UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WODENA CAVNAR; ROSALINE TERRILL; LINDA PARKS; and DAVID SCOTT, on their own and on the behalf of all others similarly situated; ANGELINA FREITAS; REBECCA LYON; and MARESA KENDRICK,<br><br>Plaintiffs,<br><br>v.<br><br>BOUNCEBACK, INC, a Missouri corporation; STONE FENCE HOLDINGS, INC; GALE KRIEG; and CHECK CONNECTION, INC.,<br><br>Defendants. | NO: 2:14-CV-235-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice (ECF No. 155). Pursuant to the parties' stipulation, the Court will dismiss this case with prejudice. Although the file is closed, the Court retains jurisdiction over the case for the limited purpose of resolving any disputes that may arise in connection with the parties' Settlement Agreement or actions taken

ORDER OF DISMISSAL WITH PREJUCIDE ~ 1

pursuant to the Settlement Agreement. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994).

Accordingly, **IT IS HEREBY ORDERED**:

Pursuant to the parties' Stipulation for Dismissal (ECF No. 155), all claims and causes of action in this matter are **DISMISSED** with **prejudice**. The Court retains jurisdiction over this case for the limited purpose of resolving any disputes that may arise in connection with the parties' Settlement Agreement or actions taken by the parties pursuant to the Settlement Agreement.

**IT IS SO ORDERED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this 27th day of October 2016.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      United States District Judge